CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JEFFREY COLEMAN, | Civil Action No. 7:11cv00518 |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN JABE *et al.*, | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Coleman's claims for injunctive and declaratory relief against defendants Young, Turner, Richardson, and Hammond, and Coleman's claims for injunctive and declaratory relief relating the Virginia Department of Corrections' grooming policy are **DISMISSED** as moot; Coleman's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**; the Magistrate Judge's Report and Recommendation (ECF No. 57) on the defendants' motion for summary judgment is **ADOPTED IN PART**; the court **GRANTS** the defendants' motion for summary judgment on all remaining claims except for Coleman's RLUIPA claims for injunctive and declaratory relief regarding the compact-disc policy, the prayer-oil policy (only as it relates to purchasing the oil from Keefe Commissary), the *halal*-diet policy, and the Salafism policy; and Coleman's claim relating to the Fast of Ashura is **DISMISSED** pursuant to 28 U.S.C. 1915(e).

**ENTER:** March 25, 2013.

UNITED STATES DISTRICT JUDGE