CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2013

JULIA C. DOOLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY COLEMAN, ) | Civil Action No. 7:11cv00518 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JOHN JABE *et al.*, ) | |
| ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment (ECF No. 73) is **GRANTED**, and the plaintiff's motions for summary judgment, injunctive relief, and appointment of counsel (ECF Nos. 60, 63, 65) are **DENIED**. This matter is **STRICKEN** from the court's active docket.

**ENTER**: August 13, 2013.

_____
UNITED STATES DISTRICT JUDGE